IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAMELA LYNN LATTA,<br>       Petitioner,<br><br>       v.<br><br><br>WARDEN ORLANDO HARPER, et al.,<br>       Respondents. | Civil Action No. 19-215 |

O R D E R

AND NOW, this 30th day of April, 2019, after the petitioner, Pamela Lynn Latta, filed a petition for a writ of habeas corpus, and after a Report and Recommendation was filed by the United States Magistrate Judge and sent to the petitioner's address of record, which granted her a period of time to file written objections thereto, and no objections having been filed, and upon independent review of the petition and upon consideration of the Magistrate Judge's Report and Recommendation (ECF No. 2), which is adopted as the opinion of this Court,

IT IS ORDERED that the petition for a writ of habeas corpus filed by petitioner (ECF No. 1) is dismissed for failure to exhaust state court remedies and, because reasonable jurists could not conclude that a basis for appeal exists, a certificate of appealability is denied.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure if the petitioner desires to appeal from this Order she must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

/s/ Joy Flowers Conti
Joy Flowers Conti
Senior United States District Judge

cc: Pamela Lynn Latta
165558
Allegheny County Jail
950 2nd Avenue
Pittsburgh, PA 15219